-----Original Message-----
From: Barrett,Liz <Liz.Barrett@fcps.org>
To: ▇▇▇▇▇▇▇▇▇▇▇▇▇@aol.com>; Board <Board@fcps.org>
Cc: johnandshawna4 <johnandshawna4@comcast.net>; fpaschal <fpaschal@comcast.net>
Sent: Thu, Jun 29, 2017 10:48 pm
Subject: Re: Policy 437

Hi ▇▇▇▇

If a student who is transgender identifies as such at school, he or she is referred to by staff and teachers by the name and pronoun selected by the student.

Students aren't subject to discipline when they make mistakes. If a student repeatedly mis-genders a student after being instructed about their mistake or did so with malice (like the intent to bully or harass), staff would handle through conversations and feedback. If it continued, the discipline would progress. Regulations are being developed to implement Policy 443. These will ensure implementation is consistent.

Liz