UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| MARY SMITH, *et al*,<br>                Plaintiffs,<br><br>-v-<br><br>BOARD OF EDUCATION OF FREDERICK COUNTY, MARYLAND, *et al*.,<br><br>                Defendants. | Case No. **1:17-cv-02302-ELH** |

### AMENDED MOTION AND NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER F.R.C.P. 41(a)(1)

COME NOW THE PLAINTIFFS, minor Mary Smith and her mother Jane Doe, by and through their undersigned counsel, a Chambers conference being held before your Honor this morning, and amend their motion to provide notice to the Court pursuant to F.R.C.P. 41(a)(1) that Plaintiffs voluntarily dismiss their case without prejudice.

                                        Respectfully submitted,
                                        /s/_____
                                        Daniel L. Cox, Fed Bar No. 28245
                                        The Cox Law Center, LLC
                                        P.O. Box 545
                                        Emmitsburg, MD 21727
                                        Phone: 410-254-7000
                                        Facsimile: 410-254-7220
                                        E-mail: dcox@coxlawcenter.com

                                        John R. Garza, Esq.
                                        Garza Law Firm, P.A.
                                        17 W. Jefferson Street, Suite 100
                                        Rockville, MD 20850
                                        *Attorneys for Plaintiff*

CERTIFICATE OF SERVICE
I HEREBY CERTIFY that on this 6th day of November, 2017, the foregoing Amended Motion and Notice of Voluntary Dismissal Under F.R.C.P 41(a)(1), was served via the ECF electronic filing system upon the following counsel of record for Defendants:

Keith David Hudolin, keith.hudolin@jacksonlewis.com  
Donald Eugene English , Jr, Donald.English@Jacksonlewis.com,

**Jackson Lewis P.C.**

2800 Quarry Lake Drive, Suite 200

Baltimore, MD 21209

Direct: (410) 415-2007 | Main: (410) 415-2000

                                                         /s/_____  
                                                         Dan Cox